# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. AND UNILOC (SINGAPORE0 PRIVATE LIMITED, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | No. 6:10-cv-00471-LED |
| (1) Disk Doctors Labs, Inc.; | § | JURY TRIAL DEMANDED |
| (2) SolarWinds Worldwide, LLC (dba SolarWinds); | § § | |
| (3) SolarWinds, Inc.; | § | |
| (4) Vipre Software, Inc; | § | |
| (5) Sunbelt Software, Inc.; | § | |
| (6) Sunbelt Software Distribution, Inc.; | § | |
| (7) MakeMusic, Inc.; | § | |
| (8) ComponentOne, L.L.C.; | § | |
| (9) Unity Technologies SF; | § | |
| (10) Thursby Software Systems, Inc.; | § | |
| (11) 2X Software, LLC; | § | |
| (12) Berkley Integrated Audio Software, Inc., | § § | |
| (13) Stat-Ease, Inc.; | § | |
| (14) Nitro PDF, Inc.; | § | |
| (15) Camera Bits, Inc.; | § | |
| (16) Intego, Inc.; and | § | |
| (17) CimQuest INGEAR, L.L.C., | § § | |
| *ComponentOnes*. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Elizabeth L. DeRieux, enters her appearance in this matter as counsel for Defendant, ComponentOne, L.L.C. for the purpose of receiving notices and orders from the Court.

Dated: February 7, 2011                           Respectfully submitted,

_____

**PAGE 1 OF 2**

>By:  /s/ Elizabeth L. DeRieux
>S. Calvin Capshaw
>State Bar No. 03783900
>Elizabeth L. DeRieux
>State Bar No. 0577058
>Capshaw DeRieux, L.L.P.
>1127 Judson Road, Suite 220
>Longview, Texas 75601
>Telephone:  (903) 236-9800
>Facsimile:  (903) 236-8787
>Email:  ccapshaw@capshawlaw.com
>Email:  ederieux@capshawlaw.com
>
>ATTORNEYS FOR DEFENDANT
>COMPONENTONE, LLC

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  All others not deemed to have consented to electronic service were served with a true and correct copy of the foregoing pursuant to Federal Rule of Civil Procedure 5(d) or Local Rule CV-5(d) via email or facsimile transmission or via first class mail this 7th day of February, 2011.

>/s/ Elizabeth L. DeRieux
>Elizabeth L. DeRieux