IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC., ET AL.<br>    Plaintiffs,<br><br>vs.<br><br>SONY CORPORATION OF AMERICA, ET AL.<br>    Defendants. | CASE NO. 6:10-CV-373<br>LEAD CASE<br> CONSOLIDATED WITH<br> 6:10CV471 |

## ORDER

The Court has considered Plaintiffs' Stipulation of Dismissal of Defendant Stat-Ease, Inc. ("Stipulation") and is of the opinion that the Stipulation should be APPROVED.

Accordingly, it is ORDERED that

1. Any and all claims and/or counterclaims by both parties are dismissed with prejudice from the case.

2. Plaintiffs Uniloc USA, Inc. and Uniloc (Singapore) Private Limited, and Defendant Stat-Ease, Inc. shall each bear their own attorney's fees, expenses and costs.

3. Plaintiffs' complaint as to all other defendants is not impacted by this stipulation and dismissal.

**So ORDERED and SIGNED this 27th day of March, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**